In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for a Site for the Extension of Ward's Island Sewage Treatment Works.

CHARLES H. JONES et al., as Executors of MARY E. JONES, Deceased, et al., Appellants.

Argued November 13, 1940; decided December 3, 1940.

*Frederick E. Crane, Harry B. Chambers, Harry H. Chambers* and *Joseph B. Kenny* for appellants.

*William C. Chanler,* Corporation Counsel (*Reuben Levy, Julius Isaacs* and *Lewis Orgel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J. Taking no part: FINCH, J.